441 A.2d 771

Kraus, Appellants v. Howard Burt and Hill, etc., et al.

Argued April 14, 1981. Theodore E. Breault, for appellants; William C. Robinson, for appellees.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Judgment of Nonsuit entered September 12, 1980 is affirmed.

SHERTZ, J., filed a memorandum concurring opinion.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.

441 A.2d 771

Krawitz v. Griggs, et ux., Appellants.
Petition for Allowance of Appeal Denied May 26, 1982.

Submitted March 18, 1980. David A. Martino, for appellants; Edwin Krawitz, appellee, in propria persona.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed on the opinion of Judge Thomson of the court below.

PRICE, J., did not participate in the consideration or decision of this case.